# ALABAMA COURT OF CRIMINAL APPEALS



November 8, 2024

**CR-20-0751**

Brandon Blaine Berry v. State of Alabama (Appeal from Jackson Circuit Court: CC-18-1235 and CC-18-1236)

## **NOTICE**

You are hereby notified that on November 8, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk